**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-6685**

————————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ROBERT A. GRATE, JR., a/k/a Lloyd,

                                    Defendant - Appellant.

————————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-95-13)

————————————

Submitted:  September 30, 1998        Decided:  October 15, 1998

————————————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

————————————

Dismissed by unpublished per curiam opinion.

————————————

Robert A. Grate, Jr., Appellant Pro Se.  Pamela Watkins, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert A. Grate, Jr., seeks to appeal the district court's order denying his petition for a writ of coram nobis, which was properly construed as a motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Grate, No. CR-95-13 (E.D. Va. Apr. 13, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED